# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wham–O Holding, Ltd., et al.

Plaintiff,

v.

Case No.:
1:21–cv–01885

Honorable Rebecca R. Pallmeyer

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 24, 2021:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs' motion for default judgment [26] is entered and continued. Defendants' response shall be filed by 6/2/2021. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.